278 U.S. 664
 49 S.Ct. 340
 73 L.Ed. 570
 T. TOMICH, Harry F. Scott, and H. Mulberger, appellants,
v.
UNION TRUST CO., Spokane & Eastern Trust Company.[1]
 No. 14.
 Supreme Court of the United States
 January 2, 1929
 
 1
 Mr. John A. Shelton, of Butte, Mont., for appellants.
 
 
 2
 Dismissed with costs pursuant to paragraph 2 of rule 13.
 
 
 
 [1]
 Transcript in this case was withdrawn from Supreme Court and filed in Circuit Court of Appeals. For opinion in that court, see 31 F.(2d) 515.